466 A.2d 1029

**Joseph M. SCOTT et al., Appellants**

**v.**

**PALMERTON AREA SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1983.

Decided Nov. 2, 1983.

Gary F. Dobias, Jim Thorpe, for appellants.

James A. Wimmer, Palmertown, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.